**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-6529**

KEITH W. JONES,

        Plaintiff - Appellant,

     v.

CRYSTAL ATKINSON; CAPTAIN MCPHERSON; SGT HONEYCUTT; SGT HENDERSON; CORRECTIONAL OFFICER HALEY,

        Defendants - Appellees,

   and

SGT GRAHAM; SGT JOLLY; SGT FLOYD; JUSTIN W. BUTLER; BRAD PERRITT; JULIAN PRIEST; GEORGE BAYSDEN; UNIT MANAGER BROWN; UNIT MANAGER WEST; UNIT MANAGER LANEHART; UNIT MANAGER SPIVEY; DOCTOR SCOTT; TODD E. ISHEE; ERIK A. HOOKS,

        Defendants.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:21-ct-03008-D)

Submitted:  February 27, 2024              Decided:  February 29, 2024

Before WILKINSON, WYNN, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Keith W. Jones, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keith W. Jones appeals the district court's order granting summary judgment in favor of Defendants on his 42 U.S.C. § 1983 complaint, in which Jones alleged that Defendants were deliberately indifferent to a serious medical need.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order. *Jones v. Atkinson*, No. 5:21-ct-03008-D (E.D.N.C. May 12, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*